# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-3059

———————————————

ELVIS TROTMAN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

June 16, 2026

PER CURIAM.

The Court denies the petition on the merits.

KELSEY, NORDBY, and NEFF, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Hani Demetrious of the Law Office of Robert David Malove, P.A., Fort Lauderdale, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.